# ATTORNEY JOSEPH R. GALLITANO
## & ASSOCIATES

34 MAIN STREET EXT., SUITE 202, PLYMOUTH, MASSACHUSETTS 02360
(508) 746-1500     FAX (508) 747-1150

January 13, 2005

United States District Court
Attn: Maryellen Molloy, Deputy Clerk
John Joseph Moakley
U. S. Courthouse
1 Courthouse Way
Boston, MA  02210

Re:   Dianne DuLong vs. John E. Potter, Postmaster General
      C.A. No. 1:04-cv-12552, Judge Nancy Gertner

Dear Ms. Molloy:

In accordance with the Notice we received from you concerning Electronic Case Filing, this letter serves as a request for a temporary waiver of the mandatory Electronic Case Filing. I currently have a computer, which is an older computer, and the hard drive does not have the space capacity to handle Electronic Filing.

I am in the process of purchasing a new computer and printer, which will enable me to electronic file and scan exhibits for filing. As soon as I am set up with the new computer and printer, I will make arrangements to enroll and take the necessary course to learn how to file electronically. In the meantime, I would request a temporary waiver until this has been accomplished.

Thank you for your attention to this matter. I look forward to hearing from you concerning same.

Very truly yours,

Joseph R. Gallitano
JRG/pjm