# United States District Court

__Eastern__ DISTRICT OF __Massachusetts__

IN CLERKS OFFICE

2005 JAN 27 P 2:00

DISTRICT OF MASS

Dianne DuLong

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER:

John E. Potter, Postmaster General
and APWU Local 6005

04 12552

**TO:** (Name and Address of Defendant)

John E. Potter, Postmaster General
c/o Karen A. Cote
USPS Northeast Area Law Office
8 Griffin Road North
Windsor, CT  06006-0170

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

Joseph R. Gallitano, Esq.
Gallitano & Associates
34 Main St., Ext., Suite 202
Plymouth MA  02360
(508) 746-1500

an answer to the complaint which is herewith served upon you, within ~~20~~ 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

BY DEPUTY CLERK

DATE  12-5-04

AO 440 (Rev.1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 1-24-2005 |
| NAME OF SERVER (PRINT) | TITLE  Attorney, USPS NEA Law Office |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): See below

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-25-2005
              Date

Signature of Server   A. Elaine Rogers

Address of Server   USPS NEA Law Office, 8 Griffin Road North
                    Windsor, CT  06006-0170

I have accepted service on behalf of John E. Potter, Postmaster General

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.