UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNE DULONG,<br><br>      Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, Postmaster General<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-12552 NG<br>)<br>)<br>)<br>) |

**ASSENTED TO MOTION FOR EXTENSION OF TIME
TO ANSWER AND/OR OTHERWISE RESPOND**

    The United States respectfully requests an extension of time up to, and including, May 2, 2005, to answer or otherwise respond to the plaintiff's Complaint. Counsel for the United States conferred with counsel for the plaintiff. Counsel for the plaintiff assents to the extension of time.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

        /s/ Jeffrey M. Cohen
By:  Jeffrey M. Cohen
      Assistant U.S. Attorney
      John Joseph Moakley Federal Courthouse
      One Courthouse Way, Suite 9200
      Boston, MA  02210
Dated: March 25, 2005      (617) 748-3100

**CERTIFICATION UNDER L.R. 7.1**

    I, Jeffrey M. Cohen, Assistant United States Attorney, do hereby state that  I spoke with

Attorney Joseph Gallitano and he assented to this Motion for Extension of Time.

      /s/ Jeffrey M. Cohen
Jeffrey M. Cohen
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I certify that on March 25, 2005, I caused a copy of the foregoing Motion to be served on Plaintiff by first class mail, postage pre-paid to:

Joseph Gallitano
Gallitano & Associates
34 Main St., Ext., Suite 202
Plymouth, MA 02360

      /s/ Jeffrey M. Cohen
Jeffrey M. Cohen
Assistant U.S. Attorney