# ATTORNEY JOSEPH R. GALLITANO
## & ASSOCIATES

34 MAIN STREET EXT., SUITE 202, PLYMOUTH, MASSACHUSETTS 02360
(508) 746-1500        FAX (508) 747-1150

April 12, 2005

United States District Court
Attn: Maryellen Molloy, Deputy Clerk
John Joseph Moakley
U. S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   Dianne DuLong vs. John E. Potter, Postmaster General
      C.A. No. 1:04-cv-12552, Judge Nancy Gertner

Dear Ms. Molloy:

Enclosed is a copy of my letter to you dated January 13, 2005, requesting a temporary waiver for Electronic Case Filing. I never received a notice from you as to whether or not this waiver was allowed.

I have recently purchased a new office computer, which will be set up shortly and I have registered on-line for Electronic Filing. I have not yet received my User ID # or password. In addition, I will not be able to take the course until the end of May, beginning of June, 2005. I request that a waiver be granted at least through June, 2005 or as soon as I have taken the course for the electronic filing.

Thank you for your attention to this matter. I look forward to hearing from you concerning same.

Very truly yours,

Joseph R. Gallitano
JRG/pjm
Enclosure