UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNE DULONG, )<br>  )<br>   Plaintiff, )<br>  )<br>v. )<br>  ) Civil Action No. 04-12552 NG<br>JOHN E. POTTER, Postmaster General )<br>  )<br>   Defendant. )<br>  ) | |

## DEFENDANT'S MOTION TO
## DISMISS PURSUANT TO FED. R. CIV. P. 12(B)

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), the defendant, John E. Potter, Postmaster General hereby moves for dismissal on the grounds that the Court lacks jurisdiction over the subject matter and the plaintiff fails to state a claim upon which relief may be granted. In support of the motion, the defendant submits the attached memorandum of law and exhibit.

Wherefore, the defendant requests that the complaint be dismissed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Jeffrey M. Cohen
Jeffrey M. Cohen
Assistant U.S. Attorney
John Joseph Moakley Federal Courthouse
One Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3100

Dated: May 2, 2005

## CERTIFICATION UNDER L.R. 7.1

I, Jeffrey M. Cohen, Assistant United States Attorney, do hereby state that on May 2,

2005, I spoke with Attorney Joseph Gallitano and informed him that the defendant would file this motion and the basis for its arguments.

    /s/ Jeffrey M. Cohen
Jeffrey M. Cohen
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I certify that on May 2, 2005, I caused a copy of the foregoing Motion to be served on Plaintiff by first class mail, postage pre-paid to:

Joseph Gallitano
Gallitano & Associates
34 Main St., Ext., Suite 202
Plymouth, MA 02360

    /s/ Jeffrey M. Cohen
Jeffrey M. Cohen
Assistant U.S. Attorney