# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNE DULONG           Plaintiff, | ) )  ) |
| vs. | ) C.A. No. C.A. No. 1:04-cv-12552- NG ) |
| JOHN E. POTTER, POSTMASTER GENERAL           Defendant. | ) ) |

## ASSENTED TO MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Now comes the Plaintiff, Dianne Dulong, and moves this Court to extend the time for the Plaintiff to file her Opposition to the Defendants' Motion to Dismiss up to and including June 15, 2005. Counsel for the Plaintiff conferred with counsel for the Defendant. Counsel for the Defendant assents to this extension of time.

WHEREFORE, the Plaintiff requests this extension of time be allowed by this Honorable Court.

| | |
|---|---|
| Assented to: | Respectfully submitted, |
| John E. Potter, Postmaster General, | Dianne Dulong, Plaintiff |
| By their attorney | By her attorney |
| | |
| /s/ Jeffrey M. Cohen | /s/ Joseph R. Gallitano |
| Jeffrey M. Cohen | Joseph R. Gallitano, (BBO #183700) |
| Assistant U.S. Attorney | 34 Main Street Ext., Suite 202 |
| John Joseph Moakley Federal Cthse. | Plymouth, MA  02360 |
| One Courthouse Way, Suite 9200 | (508) 746-1500 |
| Boston, MA  02210 | |
| (617) 748-3626 | |

Dated:  May 12, 2005

2

## CERTIFICATION UNDER L. R. 7.1

I, Joseph R. Gallitano, Attorney for the Plaintiff, do hereby state that I spoke with Assistant U.S. Attorney, Jeffrey M. Cohen and he has assented to this Motion for Extension of Time.

/s/ Joseph R. Gallitano
Joseph R. Gallitano, Esq.