UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNE DULONG ) | |
|         Plaintiff, ) | |
| ) | |
| vs. ) | C.A. No. 1:04-cv-12552 |
| ) | |
| JOHN E. POTTER, POSTMASTER GENERAL, ) | |
| JOSEPH M. FERREIRA, Individually, AARON ) | |
| TOBEY, JR., Individually and as President of the ) | |
| APWU, Local 6005, and the AMERICAN POSTAL ) | |
| WORKERS UNION (APWU) Local 6005 ) | |
|         Defendant. ) | |

**NOTICE OF APPEARANCE OF CO-COUNSEL
FOR THE PLAINTIFF, DIANNE DULONG**

I, Richard Armstrong, hereby enter my appearance as co-counsel for the Plaintiff, Dianne DuLong, in the above-entitled action.

                                        Respectfully submitted,

                                        /s/ Richard D. Armstrong, Jr., Esq.
                                        Richard D. Armstrong, Jr., Esq.
                                        BBO # 021580
                                        1400 Hancock Street
                                        3rd Floor
                                        Quincy, MA  02169
                                        Tel:  617-471-4400

Dated:  June 22, 2005