**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DIANNE DULONG            ) | |
|         Plaintiff,        ) | |
| )  | |
| vs.                             ) | C.A. No. C.A. No. 1:04-cv-12552- NG |
| )  | |
| JOHN E. POTTER, POSTMASTER GENERAL  ) | |
|         Defendant.      ) | |

**ASSENTED TO THIRD MOTION TO EXTEND TIME TO FILE**
**OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**
**AND CERTIFICATE UNDER L.R. 7.1**

Now comes the Plaintiff, Dianne Dulong, and moves this Court to extend the time for the Plaintiff to file her Opposition to the Defendants' Motion to Dismiss up to and including July 15, 2005. Plaintiff, as part of her opposition to Defendants' Motion to Dismiss is preparing an amended complaint and will file the appropriate Motion to Amend permissible by F.R.C.P. 15(a).

The aforesaid Amended Complaint will amend the current counts of causes of action, which will provide more specific detail and will present a more concise complaint, narrowing the issues and clarifying Plaintiff's causes of action and requests for remedies and relief.

Counsel for the Plaintiff conferred with counsel for the Defendant. Counsel for the Defendant assents to this extension of time.

1

WHEREFORE, the Plaintiff requests this extension of time be allowed by this Honorable Court.

| Assented to: | Respectfully submitted, |
| --- | --- |
| John E. Potter, Postmaster General, | Dianne Dulong, Plaintiff |
| By their attorney | By her attorneys |

/s/ Jeffrey M. Cohen
Jeffrey M. Cohen
Assistant U.S. Attorney
John Joseph Moakley Federal Cthse.
One Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3626

/s/ Joseph R. Gallitano
Joseph R. Gallitano, (BBO #183700)
34 Main Street Ext., Suite 202
Plymouth, MA  02360
(508) 746-1500

 /s/ Richard D. Armstrong, Jr., Esq.
Richard D. Armstrong, Jr., Esq.
BBO # 021580
1400 Hancock Street
3rd Floor
Quincy, MA  02169
Tel:  617-471-4400

Dated:  June 28, 2005

## CERTIFICATION UNDER L. R. 7.1

I, Joseph R. Gallitano, Attorney for the Plaintiff, do hereby state that I spoke with Assistant U.S. Attorney, Jeffrey M. Cohen and he has assented to this Motion for Extension of Time.

/s/ Joseph R. Gallitano
Joseph R. Gallitano, Esq.