UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNE DULONG             ) | |
|            Plaintiff,             ) | |
|                                                        ) | |
| vs.                                                 ) | C.A. No. 1:04-cv-12552 |
|                                                        ) | |
| JOHN E. POTTER, POSTMASTER GENERAL  ) | |
|            Defendant.             ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND VERIFIED COMPLAINT**

Pursuant to FRCP 15(a) the Plaintiff, Dianne DuLong, seeks leave to Amend the Verified Complaint originally filed in the United States District Court, District of Massachusetts on December 6, 2004. As grounds therefore the Plaintiff seeks to amend the Complaint to clarify Plaintiff's right to transfer her claims before the EEOC to Federal District Court Pursuant to 29 C.F.R. 1601.28(d), (1), (2), and (e), (4)and to provide specific detail to clarify her remaining claims and requests for relief. Said Amended Verified Complaint is filed under separate cover.

**CERTIFICATION PURSUANT TO RULE 7.1(a)(2)
SEEKING TO AMEND COMPLAINT**

Pursuant to Local Rule 7.1(A)(2), Joseph R. Gallitano, the Plaintiff's attorney, conferred with Jeffrey M. Cohen, Assistant U. S. Attorney, United States Attorney's Office the Defendants attorney on July 13, 2005 in a good faith attempt to resolve amending the Verified Complaint to clarify the Plaintiff's claims. Counsel for the Defendant stated that he does not assent to this motion.

1

       Respectfully submitted,

       Dianne DuLong
       By her Attorneys


       /s/_Joseph R. Gallitano_____
       Joseph R. Gallitano
       Gallitano & Associates
       34 Main Street Ext. Suite 202
       Plymouth, MA  02360
       (508) 746-1500
       BBO # 183700


       /s/ Richard D. Armstrong, Jr._____
       Richard D. Armstrong, Jr., Esq.
       BBO # 021580
       1400 Hancock Street
       3rd Floor
       Quincy, MA  02169
       (617) 471-4400

Dated:  July 15, 2005