```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                              )
DIANNE DULONG,                )
                              )
    Plaintiff,                )
                              )   C.A. No. 04-12552-NG
v.                            )
                              )
John E. Potter, U.S.          )
Postmaster General            )
                              )
    Defendant.                )
_____)
```

**SUBSTITUTION OF APPEARANCE**

To the Clerk:

    Please enter my appearance in the above-captioned case as counsel for the Defendant, John E. Potter, in substitution for Assistant United States Attorney Jeffrey M. Cohen.

                                 Respectfully submitted,

                                 MICHAEL J. SULLIVAN
                               United States Attorney

                       By: /s/ Rayford A. Farquhar
                         Rayford A. Farquhar
                         Assistant U.S. Attorney
                         John J. Moakley U.S. Courthouse
                         1 Courthouse Way, Suite 9200
                         Boston, MA  02210
                         (617) 748-3100

Dated: October 21, 2005

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that the foregoing document was served upon Plaintiff, through his counsel Joseph R. Gallitano, 34 Main Street Extension, Suite 202, Plymouth, MA  02360 and Richard D. Armstrong, Jr., 1400 Hancock Street, Quincy, MA  02169.

    /s/ Rayford A. Farquhar  
    Rayford A. Farquhar  
    Assistant U.S. Attorney