<u>ATTORNEY JOSEPH R. GALLITANO</u>
& ASSOCIATES

34 MAIN STREET EXT., SUITE 202, PLYMOUTH, MASSACHUSETTS 02360
(508) 746-1500     FAX (508) 747-1150

November 4, 2005

United States District Court
Attn: Maryellen Molloy, Deputy Clerk
John Joseph Moakley
U. S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   <u>Dianne DuLong vs. John E. Potter, Postmaster General</u>
      C.A. No. 1:04-cv-12552, Judge Nancy Gertner

Dear Ms. Molloy:

I am in receipt of the Court's Order entered on November 1, 2005, granting the Defendant's Motion to Dismiss and indicating that the case is closed. However, I have not received an actual Decision resulting in the Order.

Please let me know if a Decision has been rendered and if it will be made available electronically or sent regular mail to all parties.

Very truly yours,

Joseph R. Gallitano

JRG/pjm

cc:   Rayford A. Farquhar, Esq.