# ATTORNEY JOSEPH R. GALLITANO
## & ASSOCIATES

34 MAIN STREET EXT., SUITE 202, PLYMOUTH, MASSACHUSETTS 02360
(508) 746-1500     FAX (508) 747-1150

March 23, 2006

**Electronically Filed**
United States District Court
Attn: Maryellen Molloy, Deputy Clerk
John Joseph Moakley
U. S. Courthouse
1 Courthouse Way
Boston, MA  02210

Re:   Dianne DuLong vs. John E. Potter, Postmaster General
      C.A. No. 1:04-cv-12552, Judge Nancy Gertner

Dear Ms. Molloy:

This letter serves as a request that the above-referenced case be assigned a Scheduling Conference Date.

On November 1, 2005, the Court entered an order granting the Defendant's Motion to Dismiss and indicated that the case was closed.  On November 8, 2005, the Court entered an order reopening the case until after the Amended Complaint was addressed and litigated.  On January 9, 2006, the Defendant filed its Answer to the Complaint.

In behalf of the, I request a Scheduling Conference date be assigned to allow a discovery schedule to be established for this action.

I will be out of town for most of the month of April on business and will be back in my office May 3, 2006.

This letter requests that a Scheduling Conference be assigned for a date agreeable with the Court in May or June of 2006, except for June 15 through June 20, 2006, when I am currently scheduled for a trial in the Plymouth Superior Court.

Very truly yours,

Joseph R. Gallitano
JRG/pjm
cc:   Richard D. Armstrong, Jr., P.C.
      Rayford A. Farquhar, Esq.