UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNE DULONG<br>　　　　Plaintiff, | )<br>)<br>) |
| vs. | ) C.A. No. 1:04-cv-12552<br>) |
| JOHN E. POTTER, POSTMASTER GENERAL,<br>Et al<br>　　　　Defendants. | )<br>)<br>)<br>) |

**CERTIFICATE OF CLIENT CONSULTATION**
(PURSUANT TO L.R. 16.1(D)(3))

The attorney of record for Plaintiff hereby certifies that he has conferred with his client, or an authorized representative, regarding: (1) establishing a budget of costs for conducting the full course of litigation; and (2) the resolution of litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: March 31, 2006

By her attorneys:

*/s/ Joseph R. Gallitano/*
Joseph R. Gallitano, BBO # 183700
34 Main Street Ext.
Suite 202
Plymouth, MA  02360
(508) 746-1500

*/s/ Richard D. Armstrong/*
Richard D. Armstrong, Jr., Esq., BBO # 021580
1400 Hancock Street
3rd Floor
Quincy, MA  02169
(617) 471-4400

*/s/ Dianne DuLong/*
Dianne DuLong, Plaintiff