UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNE DULONG | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) C.A. No. 1:04-cv-12552 |
| | ) |
| JOHN E. POTTER, POSTMASTER GENERAL, | ) |
| Et al | ) |
| Defendants. | ) |

**JOINT STATEMENT CONTAINING PROPOSED PRETRIAL SCHEDULE**

Pursuant to L.R. 16.1(D) and this Court's Notice of Scheduling Conference, Plaintiff,

Dianne DuLong ("Plaintiff") and the Defendants John E. Potter, Postmaster General, et al

("Defendants") file this Joint Statement Containing a Proposed Pretrial Schedule.

1.     **PROPOSED DISCOVERY PLAN**

May 31, 2006            Automatic disclosures to be served.

June 19, 2006           Supplemental or amended pleading to be filed and served.

July 31, 2006           Written discovery (as allowed by the court) to be served (except

                        expert witness disclosures).

December 31, 2006  Non-expert depositions to be completed.

January 31, 2007     Plaintiff shall designate expert witnesses and produce reports

                        within 30 days thereafter as contemplated by Fed.R.Civ.P.

                        26(b)(4)(A)(I); designation of experts shall include provision of

                        any information required by Federal Rules of Civil Procedure

                        and/or Local Rules.

February 28, 2007   Defendant shall designate expert witnesses and produce reports

within 30 days thereafter as contemplated by Fed.R. Civ.P.

26(b)(4)(A)(I); designation of experts shall include provision of

any information required by Federal Rules of Civil Procedure

and/or Local Rules.

March 30, 2007   Depositions of expert(s) to be completed.

**2.   PROPOSED SCHEDULE FOR FILING MOTIONS**

April 30, 2007   Deadline for filing dispositive motions.

**3.   MODIFICATION OF SCHEDULE DATES**

All dates, other than any trial date, may be modified subject to written agreement of the

parties and approval by the Court, or upon motion to the Court for good cause.

**4.   ALTERNATIVE DISPUTE RESOLUTION**

The Plaintiff is willing to participate in Alternative Dispute Resolution.  The Defendants

do not agree to Alternative Dispute Resolution.

**5.   CASE MANAGEMENT CONFERENCE**

The parties propose that a case management conference be held pursuant to L. R. 16.3

during or about January, 2007, for the purpose of exploring the possibility of settlement,

for the scheduling of a pretrial conference and/or trial, and for all other matters deemed

appropriate by the Court.

**6.   TRIAL BY MAGISTRATE JUDGE**

At the present time, the parties do not consent to trial of this action by a Magistrate Judge.

**7**.    **TRIAL DATE**

The parties propose that a trial by jury be scheduled for June, 2007.

WHEREFORE, the parties respectfully request that the Court approve their proposed

pretrial schedule and discovery plan, with such amendments as the Court deems just and

proper.

Dated:  April 3, 2006

Dianne DuLong,                                              U.S. Postmaster General, et al

By her attorneys                                           By its attorney


*/s/ Joseph R. Gallitano*                                  */s/ Rayford A. Farquhar*
Joseph R. Gallitano, BBO # 183700          Rayford A. Farquhar
34 Main Street Ext., Suite 202                  Assistant U.S. Attorney
Plymouth, MA  02360                              John J. Moakley U.S. Courthouse
(508) 746-1500                                         1 Courthouse Way, Suite 9200
                                                              Boston, MA  02210
                                                              (617) 748-3100


*/s/ Richard D. Armstrong, Jr.*
Richard D. Armstrong, Jr., Esq., BBO # 021580
1400 Hancock Street
3rd Floor
Quincy, MA  02169
(617) 471-4400