UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
DIANNE DULONG,                          )
                                        )
        Plaintiff,                      )
                                        )
        v.                              )   Civil Action No.
                                        )   04-12552-NG
JOHN E. POTTER, POSTMASTER GENERAL,     )
JOSEPH M. FERREIRA, Individually,       )
AARON TOBEY, JR., Individually and      )
as President of the APWU, Local         )
6005, and the AMERICAN POSTAL           )
WORKERS UNION AFL-CIO,                  )
CAPE COD AREA LOCAL 6005,               )
                                        )
        Defendants.                     )
                                        )
```

### DEFENDANT'S CERTIFICATION OF COMPLIANCE
### WITH LOCAL RULE 16.1(D)(3)

The Defendant, John E. Potter, Postmaster General, United States Postal Service and its counsel certify, pursuant to Local Rule 16.1(D)(3), that they have conferred on the following:

1. establishing a budget for the costs of conducting the full course, and various alternatives, of this litigation; and,

2. to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                                              JOHN E. POTTER, POSTMASTER GENERAL,
                                              UNITED STATES POSTAL SERVICE,

                                              By his Attorney,

                                              MICHAEL J. SULLIVAN
                                              UNITED STATES ATTORNEY

_/s/ A. Elaine Rogers_                 _/s/ Rayford A. Farquhar_
A. Elaine Rogers,                      Rayford A. Farquhar
Attorney                                     Assistant U.S. Attorney
United States Postal Service    1 Courthouse Way, Suite 9200
                                              Boston, MA 02210
                                              (617) 748-3284