UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNE DULONG ) | |
|           Plaintiff, ) | |
| ) | |
| vs. ) | C.A. No. 1:04-cv-12552-NG |
| ) | |
| JOHN E. POTTER, POSTMASTER GENERAL, ) | |
| Et al ) | |
|           Defendants. ) | |

**JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES**

Now come the parties in the above-captioned matter and jointly request this Honorable Court to extend the deadlines of its current Scheduling Order by an additional 60 days (including discovery and filing of dispositive motions).

As grounds for their motion, the parties states as follows:

1. Plaintiff filed this action in the Federal District Court on December 6, 2004.

2. The Defendants filed a Motion to Dismiss on May 2, 2005 to which the Plaintiff filed her opposition to on July 15, 2005.

3. On November 2, 2005, the Court allowed the Defendants Motion to Dismiss and ordered the case closed.

4. On November 8, 2005, the Court reopened the case to allow the Plaintiff to proceed on her Amended Complaint.

5. A Scheduling Conference was held on April 5, 2005.

6.> The Scheduling Order currently requires that all fact depositions be completed by December 29, 2006. Additional time is needed to conduct depositions. Both Counsel for the parties are confident that they can notice and complete depositions by February 28, 2007.

7.> Further, one of the witnesses the Plaintiff is deposing underwent a heart transplant in the Fall of 2006 and is still in rehabilitation. The Plaintiff is hopeful that this witness will have recuperated to appear at his deposition in the near future.

8.> The parties request that the status conference set for January 11, 2007, at 2:30 p.m. go forward as scheduled so that the parties can explore the possibility of mediation through ADR.

9.> Neither the parties nor the Court will suffer any prejudice by this brief amendment of the scheduling order in this case. Rather, amending the Scheduling Order will allow the parties to prepare the case properly, and may narrow or resolve the issues and allow for a more streamlined trial, if trial is necessary. This is the first request of the parties to extend the scheduling order.

10.> By amending the Scheduling Order it will be necessary to extend the remaining scheduling dates as follows: complete depositions by February 28, 2007; designation of plaintiff's trial experts by March 30, 2007, and designation of defendant's trial experts by April 30, 2007; all expert depositions by May 31, 2007; all dispositive motions for summary judgment by July 31, 2007 and responses by August 31, 2007. Final Pre-trial Conference to be scheduled for a date after the summary judgment motions are heard.

WHEREFORE, the parties respectfully request that the Court amend the scheduling order as set forth above and grant such further relief as the Court deems just and proper.

Respectfully submitted,

| | |
|---|---|
| Dianne DuLong, | U.S. Postmaster General, et al |
| By her attorneys | By its attorney |
| | |
| */s/ Joseph R. Gallitano* | */s/ Rayford A. Farquhar* |
| Joseph R. Gallitano, BBO # 183700 | Rayford A. Farquhar |
| 34 Main Street Ext., Suite 202 | Assistant U.S. Attorney |
| Plymouth, MA  02360 | John J. Moakley U.S. Courthouse |
| (508) 746-1500 | 1 Courthouse Way, Suite 9200 |
| | Boston, MA  02210 |
| | (617) 748-3100 |

*/s/ Richard D. Armstrong, Jr.*
Richard D. Armstrong, Jr., Esq., BBO # 021580
1400 Hancock Street
3rd Floor
Quincy, MA  02169
(617) 471-4400

Dated:  December 8, 2006