# ATTORNEY JOSEPH R. GALLITANO
## & ASSOCIATES

34 MAIN STREET EXT., SUITE 202, PLYMOUTH, MASSACHUSETTS 02360
(508) 746-1500    FAX (508) 747-1150

December 20, 2006

**Electronically Filed**
United States District Court
Attn: Maryellen Molloy, Deputy Clerk
John Joseph Moakley
U. S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    Dianne DuLong vs. John E. Potter, Postmaster General
              C.A. No. 1:04-cv-12552, Judge Nancy Gertner

Dear Ms. Molloy:

On December 8, 2006, the parties filed electronically a Joint Motion to Extend Scheduling Order Deadlines. Courtesy copies were also filed with the Court. To date we have not received a notice from the Court as to whether the Joint Motion was allowed. Counsel is attempting to address scheduling issues on other matters

Please let the parties know as soon as possible if the Court is going to allow the Joint Motion to Extend Scheduling Order Deadlines. An extension will greatly relieve some of the current scheduling pressures.

Thank you for your attention to this matter.

Very truly yours,

Joseph R. Gallitano

JRG/pjm

cc:    Rayford A. Farquhar, Esq.
        Richard D. Armstrong, Jr., Esq.
        Dianne DuLong