UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| DIANNE DULONG ) | |
|         Plaintiff, ) | |
| ) | |
| vs. ) | C.A. No. 1:04-cv-12552-NG |
| ) | |
| JOHN E. POTTER, POSTMASTER GENERAL, ) | |
| JOSEPH M. FERREIRA, Individually, AARON ) | |
| TOBEY, JR., Individually and as President of the ) | |
| APWU, Local 6005, and the AMERICAN POSTAL ) | |
| WORKERS UNION AFL-CIO, CAPE COD AREA ) | |
| LOCAL 6005, ) | |
|         Defendants. ) | |

**JOINT PROPOSED CASE MANAGEMENT MEMO**

The parties have agreed to the following course of action in the above-referenced matter:

1. The parties have agreed to Amend the Complaint by adding a Count XII-Intentional Infliction of Emotional Distress Against the Defendant John E. Potter, Postmaster General.

2. The parties have agreed to dismiss Joseph M. Ferreira, Individually, Aaron Tobey, Jr., Individually and as President of the APWU, Local 6005 and The American Postal Workers Union AFL-CIO, Cape Cod Area Local 6005, by dismissing Counts II, IV, V, VI, VII, VIII, IX, X and XI of the Amended Complaint.

3. The Plaintiff will notice the Depositions of Joseph M. Ferreira for Wednesday, February 14, 2007, 10:00 a.m., Aaron Tobey, Jr. for Wednesday, February 14, 2007, at 2:00 p.m. and Richard Pine for Friday, February 16, 2007, 2:00 p.m.

4.	The Defendant will notice the Deposition of the Plaintiff, Dianne DuLong for Friday, February 16, 2007, at 10:00 a.m.

5.	The parties agree to have this matter referred to Alternative Dispute Resolution through the Federal District Court to be scheduled as soon as possible after the completion of the aforesaid depositions.

Respectfully submitted,

Dianne DuLong,                                             U.S. Postmaster General, et al

By her attorneys                                            By its attorney

*/s/ Joseph R. Gallitano*                                  */s/ Rayford A. Farquhar*
Joseph R. Gallitano, BBO # 183700          Rayford A. Farquhar
34 Main Street Ext., Suite 202                   Assistant U.S. Attorney
Plymouth, MA  02360                               John J. Moakley U.S. Courthouse
(508) 746-1500                                           1 Courthouse Way, Suite 9200
                                                                      Boston, MA  02210
                                                                      (617) 748-3100


*/s/ Richard D. Armstrong, Jr.*
Richard D. Armstrong, Jr., Esq., BBO # 021580
1400 Hancock Street
3rd Floor
Quincy, MA  02169
(617) 471-4400

Dated:  January 10, 2007