**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<table>
<tr><td>_____DULONG_____<br>Plaintiff(s)</td><td></td></tr>
<tr><td>V.</td><td>CIVIL ACTION</td></tr>
<tr><td>_____POTTER_____<br>Defendant(s)</td><td>NO. __04cv12552NG__</td></tr>
</table>

**ORDER OF REFERENCE**
**FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to __any magistrate/provider available____ for the following ADR program:

_____ SCREENING CONFERENCE        _____ EARLY NEUTRAL EVALUATION

___X___ MEDIATION                   _____ MINI-TRIAL

_____ SUMMARY JURY TRIAL          _____ SETTLEMENT CONFERENCE

_____ SPECIAL MASTER

_____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.   If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

__1/16/2007_____                 __/s/ JENNIFER FILO_____
DATE                                UNITED STATES DISTRICT JUDGE

CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ |
| Civil Rights | __X_ | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | | |
| Other | _____ | | |

(ADR Referral.wpd - 4/12/2000)                                          [orefadr.]