UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNE DULONG, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JOHN E. POTTER, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION<br>NO. 04-12552 |

## NOTICE OF AND ORDER REGARDING MEDIATION

In accordance with the Notice of Assignment of ADR Provider OR Order of Reference for Alternative Dispute Resolution dated April 4, 2007, the parties are hereby notified that the court has scheduled a mediation conference for **Thursday, March 1, 2007 at 10:00 a.m.** in Courtroom #15 on the 5th Floor. Counsel are directed to be present with their respective clients or representatives thereof with full settlement authority.

In addition, each party shall submit to Magistrate Judge Dein **no later than three (3) days before the conference** a brief memorandum addressing the party's position on the merits of the case and on settlement. The memorandum should be marked **"Confidential - Not for Docketing"** and will be held in confidence by the court.

In the event that you believe the case is not ripe for mediation at this time, please notify opposing counsel and the court as soon as possible.

IT IS SO ORDERED

DATED: January 20, 2007

       / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge