UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNE DULONG | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) C.A. No. 1:04-cv-12552-NG |
| | ) |
| JOHN E. POTTER, POSTMASTER GENERAL, | ) |
| Et al | ) |
| Defendants. | ) |

## SECOND JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES AND TO CONTINUE MEDIATION DATE SET FOR MARCH 1, 2007

Now come the parties in the above-captioned matter and jointly request this Honorable Court to extend the deadlines of its current Scheduling Order for discovery until March 30, 2007.

As grounds for their motion, the parties states as follows:

1.      Plaintiff filed this action in the Federal District Court on December 6, 2004.

2.      The Defendants filed a Motion to Dismiss on May 2, 2005 to which the Plaintiff filed her opposition to on July 15, 2005.

3.      On November 2, 2005, the Court allowed the Defendants Motion to Dismiss and ordered the case closed.

4.      On November 8, 2005, the Court reopened the case to allow the Plaintiff to proceed on her Amended Complaint.

5.      A Scheduling Conference was held on April 5, 2006.

6.      The Scheduling Order currently requires that all fact depositions be completed by February 28, 2007.  Additional time is needed to conduct depositions. Both Counsel for the parties are confident that they can notice and complete depositions by March 30, 2007.  Counsel for both parties have agreed to a deposition schedule set forth in Exhibit A annexed hereto and made a part hereof.

7.      Both counsel for the Plaintiff, Attorney Gallitano and Attorney Armstrong have undergone some recent medical issues and testing, which has caused them to have to reschedule other cases on their docket.

8.      In addition, one of the witnesses the Plaintiff is deposing underwent a heart transplant in the Fall of 2006 and is now available to have his deposition taken and another witness for the Defendant had a death in his family, requiring rescheduling his deposition.

9.      The parties' request that the status conference set for April 17, 2007, at 2:30 p.m. be rescheduled to a date in late April following Mediation since Plaintiff's counsel will be out of state from April 17 to April 25, 2007.

10.     Neither the parties nor the Court will suffer any prejudice by this brief amendment of the scheduling order in this case.  Rather, amending the Scheduling Order will allow the parties to prepare the case properly, and may narrow or resolve the issues and allow for a more streamlined mediation and trial, if trial is necessary.

11.     By amending the Scheduling Order it will be necessary to extend the remaining scheduling dates as follows:  complete depositions by March 30, 2007; designation of plaintiff's trial experts by April 30, 2007, and designation of defendant's

trial experts by May 30, 2007; all expert depositions by June 29, 2007; all dispositive

motions for summary judgment by July 31, 2007 and responses by August 31, 2007.

Final Pre-trial Conference to be scheduled for a date after the summary judgment motions

are heard.  The parties request that the Status Conference scheduled for April 17, 2007,

be rescheduled as requested above.

In addition, the parties request that the Mediation scheduled for March 1, 2007, at

10:00 a.m. before Magistrate Judge Judith G. Dein be rescheduled to a date in April,

2007, other then April 17 through April 25, as Attorney Gallitano counsel for the Plaintiff

is unavailable those dates.

WHEREFORE, the parties respectfully request that the Court amend the

scheduling order as set forth above, reschedule the March 1, 2007, Mediation and grant

such further relief as the Court deems just and proper.

Respectfully submitted,

Dianne DuLong,                                U.S. Postmaster General, et al

By her attorneys                              By its attorney

*/s/ Joseph R. Gallitano*                     */s/ Rayford A. Farquhar*
Joseph R. Gallitano, BBO # 183700             Rayford A. Farquhar
34 Main Street Ext., Suite 202                Assistant U.S. Attorney
Plymouth, MA  02360                           John J. Moakley U.S. Courthouse
(508) 746-1500                                1 Courthouse Way, Suite 9200
                                              Boston, MA  02210
                                              (617) 748-3100

*/s/ Richard D. Armstrong, Jr.*
Richard D. Armstrong, Jr., Esq., BBO # 021580
1400 Hancock Street
3rd Floor
Quincy, MA 02169
(617) 471-4400

Dated:  February 13, 2007

# EXHIBIT A

### DEPOSITION SCHEDULE

### DULONG V. POSTMASTER GENERAL

| | | |
|---|---|---|
| February 23, 2007 | 10:00 a.m. | Joseph Ferreira |
| | 2:00 p.m. | Aaron Tobey |
| March 1, 2007 | 10:00 a.m. | Dianne DuLong |
| | 1:00 p.m. | Richard Pine |
| March 7, 2007 | 11:00 a.m. | Lorraine Sawyer |

All depositions are taking place at Attorney Gallitano's office in Plymouth.