# ATTORNEY JOSEPH R. GALLITANO
# & ASSOCIATES

34 MAIN STREET EXT., SUITE 202, PLYMOUTH, MASSACHUSETTS 02360
(508) 746-1500    FAX (508) 747-1150

February 23, 2007

**Electronically Filed**
United States District Court
Attn: Maryellen Molloy, Deputy Clerk
John Joseph Moakley
U. S. Courthouse
1 Courthouse Way
Boston, MA  02210

    Re:    Dianne DuLong vs. John E. Potter, Postmaster General
             C.A. No. 1:04-cv-12552, Judge Nancy Gertner

Dear Ms. Molloy:

This letter is in confirmation of a telephone message my office left for you today.  On February 14, 2007, the parties filed electronically a Joint Motion for Extension of Time to March 30, 2007, to Complete Discovery and to Continue the Mediation Date Set for March 1, 2007.  Courtesy copies were also filed with the Court.  To date we have not received a notice from the Court as to whether the Joint Motion was allowed.  Counsel for both parties are attempting to address scheduling issues on this case and other cases they have pending.

Please let the parties know as soon as possible if the Court is going to allow the Joint Motion for Extension of Time to March 30, 2007, to Complete Discovery and to Continue the Mediation Date Set for March 1, 2007.  An extension will greatly relieve some of the current scheduling pressures and will better prepare the case for the Mediation.

Thank you for your attention to this matter.

Very truly yours,

Joseph R. Gallitano
JRG/pjm
cc:    Rayford A. Farquhar, Esq.
        Richard D. Armstrong, Jr., Esq.