# ATTORNEY JOSEPH R. GALLITANO
# & ASSOCIATES

34 MAIN STREET EXT., SUITE 202, PLYMOUTH, MASSACHUSETTS 02360
(508) 746-1500    FAX (508) 747-1150

March 1, 2007

**Electronically Filed**
United States District Court
Attn: Maryellen Molloy, Deputy Clerk
John Joseph Moakley
U. S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   Dianne DuLong vs. John E. Potter, Postmaster General
      C.A. No. 1:04-cv-12552, Judge Nancy Gertner

Dear Ms. Molloy:

On February 26, 2007, the Judge ruled on the Joint Motion for Extension of Time to Complete Discovery, allowing same. However, the Joint Motion also requested that the Status Conference scheduled for April 17, 2007, be rescheduled since Attorney Gallitano will be out of State from April 17, 2007 through April 25, 2007.

Please advise as soon as possible the next available Status Conference date in early May, 2007.

Thank you for your attention to this matter.

Very truly yours,

Joseph R. Gallitano

JRG/pjm
cc:   Rayford A. Farquhar, Esq.
      Richard D. Armstrong, Jr., Esq.