UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNE DULONG,            ) | |
|                     ) | |
|       Plaintiff,     ) | CIVIL ACTION |
| v.                                ) | NO. 04-12552-NG |
|                     ) | |
| JOHN E. POTTER, et al.,   ) | |
|                     ) | |
|      Defendants.   ) | |

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE GERTNER

[   ]  The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]  On   April 10, 2007  , I held the following ADR proceeding:

        _____   SCREENING CONFERENCE      _____   EARLY NEUTRAL EVALUATION

        __X__   MEDIATION      _____   SUMMARY BENCH/JURY TRIAL

        _____   MINI-TRIAL      _____   SETTLEMENT CONFERENCE

All parties were represented by counsel, and were present in person or by authorized corporate officer.

The case was:

[   ]  Settled.  Your clerk should enter a 30-day order of dismissal.

[ X ]  There was progress.  The parties are to report back to the court on 4/23/07, at which time the court will schedule a further session if appropriate.

[   ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[   ]  Suggested strategy to facilitate settlement:

_____
_____

                                                                                   / s / Judith Gail Dein
                                                                   Judith Gail Dein, U.S. Magistrate Judge
DATED:  April 10, 2007                               ADR Provider