UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNE DULONG, )<br> )<br>      Plaintiff, )<br>v. )<br> )<br>JOHN E. POTTER, et al., )<br> )<br>      Defendants. ) | CIVIL ACTION<br>NO. 04-12552-NG |

**FURTHER REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE GERTNER

[ ]  The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]  On  April 10, 2007 (and thereafter via telephone conference with counsel) , I held the following ADR proceeding:

|  |  |  |  |
|---|---|---|---|
| _____ | SCREENING CONFERENCE | _____ | EARLY NEUTRAL EVALUATION |
| __X__ | MEDIATION | _____ | SUMMARY BENCH/JURY TRIAL |
| _____ | MINI-TRIAL | _____ | SETTLEMENT CONFERENCE |

All parties were represented by counsel, and were present in person or by authorized corporate officer.

The case was:

[ ]  Settled.  Your clerk should enter a 30-day order of dismissal.

[ ]  There was progress.

[ X ]  Further efforts to settle this case at this time are unlikely to be productive; however, mediation may be more appropriate in the future.  In the meantime, this case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

_____
_____

                                                                             / s / Judith Gail Dein
                                                           Judith Gail Dein, U.S. Magistrate Judge
DATED: May 1, 2007                                                 ADR Provider