UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNE DULONG | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) C.A. No. 1:04-cv-12552-NG |
| | ) |
| JOHN E. POTTER, POSTMASTER GENERAL, | ) |
| Et al | ) |
| Defendants. | ) |

## MOTION TO EXTEND SCHEDULING ORDER FOR ADDITIONAL LIMITED DISCOVERY

The Plaintiff in the above-captioned matter requests this Honorable Court for a limited extension of additional discovery. As grounds therefore the Plaintiff states that as a result of discovery already completed and deposition testimony of various witnesses, it is necessary to obtain the personnel record of Joseph Ferreira, along with noticing the deposition of James H. Chapman, Jr.

1.    The Scheduling Order currently requires that all fact depositions be completed by March 30, 2007. Additional time is needed to schedule and conduct the deposition of James H. Chapman, Jr. and obtain the personnel records of Joseph Ferreira.

2.    Neither the parties nor the Court will suffer any prejudice by this brief amendment of the scheduling order in this case. The Pre-Trial Conference has been scheduled for November 1, 2007, and a Trial date set for November 12, 2007. Rather, amending the Scheduling Order will allow the parties to prepare the case properly, and may narrow or resolve the issues and allow for a more streamlined mediation and trial, if trial is necessary. There is no need to change the scheduled dates for the Pre-Trial

Conference and Trial since there is sufficient time between now and said dates to accomplish the additional discovery requested.

3.    The parties did submit the matter to mediation, but were unsuccessful. However issues have narrowed as a result of the mediation making the requested deposition and additional request for production of documents necessary to further define the remaining issues for trial or possibly reconvene the mediation.

WHEREFORE, the parties respectfully request that the Court amend the scheduling order to allow for the additional discovery as set forth above.

Respectfully submitted,


Dianne DuLong,                              U.S. Postmaster General, et al

By her attorneys                            By its attorney



*/s/ Joseph R. Gallitano*                   */s/ Rayford A. Farquhar*
Joseph R. Gallitano, BBO # 183700           Rayford A. Farquhar
34 Main Street Ext., Suite 202              Assistant U.S. Attorney
Plymouth, MA  02360                         John J. Moakley U.S. Courthouse
(508) 746-1500                              1 Courthouse Way, Suite 9200
                                            Boston, MA  02210
                                            (617) 748-3100



*/s/ Richard D. Armstrong, Jr.*
Richard D. Armstrong, Jr., Esq., BBO # 021580
1400 Hancock Street
3rd Floor
Quincy, MA  02169
(617) 471-4400

Dated:  June 1, 2007