UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNE DULONG )<br>         Plaintiff, )<br>)<br>vs. )<br>)<br>JOHN E. POTTER, POSTMASTER GENERAL, )<br>)<br>         Defendant. ) | C.A. No. 1:04-cv-12552-NG |

## MOTION TO COMPEL THE DEFENDANT JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE TO ANSWER INTERROGATORIES

The Plaintiff, Dianne DuLong, moves this Honorable Court to enter an Order compelling the Defendant, John E. Potter, Postmaster General, to file his Answers to Plaintiff's First Set of Interrogatories served on the Defendant on March 14, 2007.

To date, despite requesting same, the Defendant has failed to file its Answers.

WHEREFORE, the Plaintiff requests an Order compelling the Defendant to file its Answer to Interrogatories.

                                            THE PLAINTIFF,
                                            Dianne DuLong
                                            By her attorneys

                                            /s/ Joseph R. Gallitano
                                            Joseph R. Gallitano
                                            BBO # 183700
                                            34 Main Street Ext., Suite 202
                                            Plymouth, MA  02360
                                            (508) 746-1500

                                            /s/ Richard D. Armstrong, Jr.
                                            Richard D. Armstrong, Jr., Esq.
                                            BBO # 021580
                                            1400 Hancock Street
                                            3rd Floor
                                            Quincy, MA  02169
                                            (617) 471-4400

Dated:  July 19, 2007