UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNE DULONG | ) |
|           Plaintiff, | ) |
| | ) |
| vs. | ) C.A. No. 1:04-cv-12552-NG |
| | ) |
| JOHN E. POTTER, POSTMASTER GENERAL, | ) |
| | ) |
|           Defendant. | ) |

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Now comes counsel for the Plaintiff, Dianne DuLong, in the above-entitled matter and certifies that on July 13, 2007, he conferred with counsel for the Defendant, Rayford A. Farquhar, Assistant U.S. Attorney, regarding Plaintiff's Motion to Compel the Defendant John E. Potter, Postmaster General, United States Postal Service to Answer Interrogatories, in a good faith attempt to resolve or narrow the issues raised in said motion.

Dated: July 19, 2007

                                                          THE PLAINTIFF,
                                                          Dianne DuLong
                                                          By her attorney,

                                                          /s/ Joseph R. Gallitano
                                                          Joseph R. Gallitano
                                                          BBO # 183700
                                                          34 Main Street Ext., Suite 202
                                                          Plymouth, MA  02360
                                                          (508) 746-1500