# ATTORNEY JOSEPH R. GALLITANO
# & ASSOCIATES

34 MAIN STREET EXT., SUITE 202, PLYMOUTH, MASSACHUSETTS 02360
(508) 746-1500    FAX (508) 747-1150

July 30, 2007

**Electronically Filed**
United States District Court
Attn: Maryellen Molloy, Deputy Clerk
John Joseph Moakley U. S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:    Dianne DuLong vs. John E. Potter, Postmaster General
       C.A. No. 1:04-cv-12552, Judge Nancy Gertner

Dear Ms. Molloy:

This letter serves as a request that this Honorable Court clarify its Order dated June 4, 2007, granting the Plaintiff's Assented to Motion to Extension of Time to Complete Discovery. Said Motion filed by the Plaintiff on June 1, 2007, included taking the Deposition of James H. Chapman, Jr. and obtaining the personnel records of Joseph Ferreira.

The Defendant after assenting to the Motion on June 11, 2007, filed an Opposition as to Plaintiff's request for obtaining the personnel records of Joseph Ferreira. No ruling has come down concerning same.

The Plaintiff intends to file a Notice for Production of Documents and issuing a Subpoena to the Keeper of the Records of the Postmaster General to obtain the personnel records of Joseph Ferreira. The Plaintiff inquires whether the granting of her Motion included approval of her request to receive the personnel records of Joseph Ferreira despite subsequent opposition to said request filed by the Defendant. In the alternative, does the Court intend to file a separate ruling concerning the request for personnel records of Joseph Ferreira.

Thank you for your attention to this matter.

Very truly yours,


Joseph R. Gallitano
JRG/pjm
cc:    Rayford A. Farquhar, Esq.
       Richard D. Armstrong, Jr., Esq.
       Dianne DuLong