UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNE DULONG, )<br>)<br>    Plaintiff, )<br>)<br>      v. )<br>)<br>JOHN E. POTTER, POSTMASTER GENERAL, )<br>JOSEPH M. FERREIRA, Individually, )<br>AARON TOBEY, JR., Individually and )<br>as President of the APWU, Local )<br>6005, and the AMERICAN POSTAL )<br>WORKERS UNION AFL-CIO, )<br>CAPE COD AREA LOCAL 6005, )<br>)<br>    Defendants. )<br>) | Civil Action No.<br>04-12552-NG |

**RESPONSE TO THE PLAINTIFF'S MOTION TO COMPEL
ANSWERS TO INTERROGATORIES**

The defendants, John E. Potter, Postmaster General, United States Postal Service, and Joseph M. Ferreira, by and through their Attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby file this Response to the Plaintiff's Motion to Compel Answers to Interrogatories. The defendants as of today have provided the plaintiff with Answers to her Interrogatories. The defendants submit that the plaintiff's Motion to Compel would now be rendered moot as the remedy that the plaintiff was seeking has been provided by the defendants.

WHEREFORE, the defendants have answered the plaintiff's interrogatories in full, thus rendering her Motion to Compel as moot.

                                        For the Defendants, John E.
Potter, Postmaster General and
Joseph M. Ferreira,
Individually,

                                        MICHAEL J. SULLIVAN,
United States Attorney

                                        /s/ Rayford A. Farquhar
RAYFORD A. FARQUHAR
Assistant U.S. Attorney
1 Courthouse, Suite 9200
Boston, MA  02210
(617) 748-3284

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 30, 2007.

                                        /s/ Rayford A. Farquhar
Rayford A. Farquhar
Assistant U.S. Attorney