UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNE DULONG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 04-12552-NG |
| JOHN E. POTTER, POSTMASTER GENERAL,) | |
| JOSEPH M. FERREIRA, Individually, ) | |
| AARON TOBEY, JR., Individually and ) | |
| as President of the APWU, Local ) | |
| 6005, and the AMERICAN POSTAL ) | |
| WORKERS UNION AFL-CIO, ) | |
| CAPE COD AREA LOCAL 6005, ) | |
| ) | |
| Defendants. ) | |

**THE DEFENDANTS' MOTION FOR LEAVE TO EXCEED 20 PAGES**

Now come the defendants, by and through their Attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and move this Court for Leave to Exceed 20 pages in their Memorandum in Support of his Motion for Summary Judgment. As grounds for this Motion the defendants state as follows:

1. The plaintiff's Complaint of discrimination consists of eleven (11) counts;

2. Many of the plaintiff's allegations do not provide the Court with the jurisdictional basis for the allegations;

3. The defendants attempted to succinctly provide the Court with his legal arguments against many of the unsupported jurisdictional claims being made by the

    plaintiff, but was unable to maintain the overall Memorandum in Support of his Motion for Summary Judgment at or under 20 pages;

4. The defendants submit that the additional pages will assist this Court in understanding and adjudicating the issues raised by the plaintiff in her Complaint; and

5. Counsel for the defendants very rarely seeks leave to exceed the page limits. Counsel has filed such a motion only twice in the past 5 years practicing in the United States District Court for the District of Massachusetts.

WHEREFORE, based on the numerous claims raised by the plaintiff within the Complaint, the defendants move this Court for Leave to Exceed 20 pages in his Memorandum in Support of his Motion for Summary Judgment.

    For the Defendants, John E. Potter, Postmaster General and Joseph M. Ferreira, Individually,

    MICHAEL J. SULLIVAN,
    United States Attorney

    /s/ Rayford A. Farquhar
    RAYFORD A. FARQUHAR
    Assistant U.S. Attorney
    1 Courthouse, Suite 9200
    Boston, MA  02210
    (617) 748-3284

<u>CERTIFICATE OF SERVICE</u>

 I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 31, 2007.

             /s/ Rayford A. Farquhar
             Rayford A. Farquhar
             Assistant U.S. Attorney