```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| DIANNE DULONG, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | C.A. No. 04-12552-NG |
| ) | |
| JOHN E. POTTER, POSTMASTER ) | |
| GENERAL, JOSEPH M. FERREIRA, ) | |
| Individually, AARON TOBEY, ) | |
| JR., Individually and as the ) | |
| President of the APWU, Local ) | |
| 6005, and the AMERICAN POSTAL ) | |
| WORKERS UNION AFL-CIO, CAPE ) | |
| COD AREA LOCAL 6005, ) | |
| ) | |
|     Defendants. ) | |

**THE DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**
<u>**PURSUANT TO FED. R. CIV. P. 56**</u>

    Now comes the defendants, Joseph M. Ferreira, Aaron Tobey, Jr., and the American Postal Workers Union AFL-CIO, Cape Cod Area Local 6005 (collectively the "defendants"), by and through their attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and move this Court for Summary Judgment pursuant to Fed. R. Civ. P. 56.

    For the reasons set forth in the defendants' attached Memorandum of Law with supporting Exhibits, and their Local Rule 56.1 Statement of Undisputed Facts, the undisputed material facts show that the defendants are entitled to judgment in their favor.

WHEREFORE, based on the arguments and authorities stated in this Motion and attached Memorandum of Law with supporting Exhibits, and their Local Rule 56.1 Statement of Undisputed Facts, the defendants move this Count to grant their Motion for Summary Judgment.

                                  JOHN E. POTTER,
                                POSTMASTER GENERAL, ET. AL.
                                By their attorneys,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                       By:  /s/ Rayford A. Farquhar
                                RAYFORD A. FARQUHAR
                                Assistant U.S. Attorney
                                John J. Moakley U.S. Courthouse
                                1 Courthouse Way, Suite 9200
                                Boston, MA 02109
                                (617) 748-3100

## CERTIFICATE OF SERVICE

Suffolk, ss.                                    Boston, Massachusetts

I hereby certify that on this 31st day of July, 2007 this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this day.

                                    /s/ Rayford A. Farquhar
                                    RAYFORD A. FARQUHAR
                                    Assistant U.S. Attorney