UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNE DULONG )  <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOHN E. POTTER, POSTMASTER GENERAL ) <br> Defendant. ) | C.A. No. C.A. No. 1:04-cv-12552- NG |

**ASSENTED TO MOTION TO EXTEND TIME TO FILE
OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
AND CERTIFICATE UNDER L.R. 7.1**

Now comes the Plaintiff, Dianne Dulong, and moves this Court to extend the time for the Plaintiff to file her Opposition to the Defendants' Motion for Summary Judgment up to and including September 15, 2007.  As grounds therefore, the plaintiff states as follows:

1. The Plaintiff requested clarification from the Court concerning its ruling on June 4, 2007, granting the Plaintiff's Assented to Motion to Extension of Time to Complete Discovery.  Said Motion filed by the Plaintiff on June 1, 2007, included taking the Deposition of James H. Chapman, Jr. and obtaining the personnel records of Joseph Ferreira.

2. The Deposition of James H. Chapman, Jr., is scheduled to take place on Monday, August 6, 2007, at 11:00 a.m.  Plaintiff will need to review the transcript of said deposition, which he will probably not receive for approximately 2 weeks.

3. Plaintiff's Counsel and Co-Counsel need additional time in order to meet and draft their opposition to said Motion for Summary Judgment and have not been able

1

to do so as a result of August vacation schedules of office staff, Attorney Armstrong and Attorney Gallitano.

4.	In addition Plaintiff's Counsel has several hearings scheduled in the month of August, 2007, to prepare for and defend as follows:  August 15, 2007, Motion for Assessment of Damages, in the case of <u>The Cadle Co. v. Michael DiGravio, et al</u>, Norfolk Superior Court, C.A. No. 2005-01884D; on August 20, 2007, hearing on a Motion to Dismiss, in the case of <u>Sevigny v. DSS & Commonwealth,</u> C.A. No. 2006-01517-B; and on August 22, 2007, Pre-Trial Conference and hearing on multiple criminal charges in the case of <u>Commonwealth v. Boyer</u>, Plymouth District Court, 0659CR003340.

5.	Neither the parties nor the Court will suffer any prejudice by this brief extension of time for the Plaintiff to file his opposition.  The trial in this matter is scheduled for November 12, 2007.

6.	On August 1, 2007, Attorney Joseph Gallitano telephoned counsel for the Defendants, Attorney Raymond Farquhar, requesting his assent to this Motion.  Attorney Farquhar has assented to this Motion.

For the foregoing reasons the Plaintiff respectfully requests that the Court allow this Motion to enlarge the time to respond to the Defendants' Motion for Summary Judgment up to and including September 15, 2007.

Respectfully submitted,

Dianne M. DuLong, Plaintiff,
by his attorneys,


*/s/ Joseph R. Gallitano*
Joseph R. Gallitano, Esq.
 BBO # 183700
34 Main Street Ext., Suite 202
Plymouth MA  02360
(508) 746-1500


*/s/ Richard D. Armstrong*
Richard D. Armstrong, Jr., PC
BBO # 021580
1400 Hancock Street
3rd Floor
Quincy, MA  02169
(617) 471-4400

Assented to:

John E. Potter, Postmaster General,
By their attorney
/s/ Raymond Farquhar
Raymond Rarquhar
Assistant U.S. Attorney
John Joseph Moakley Federal Cthse.
One Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3626

Dated:  August 2, 2007


## CERTIFICATION UNDER L. R. 7.1

I, Joseph R. Gallitano, Attorney for the Plaintiff, do hereby state that I spoke with Assistant U.S. Attorney, Raymond Farquhar and he has assented to this Motion for Extension of Time.

/s/ Joseph R. Gallitano
Joseph R. Gallitano, Esq.

3