UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNE DULONG )  | |
|        Plaintiff, ) | |
| ) | |
| vs. ) | C.A. No. C.A. No. 1:04-cv-12552- NG |
| ) | |
| JOHN E. POTTER, POSTMASTER GENERAL ) | |
|        Defendant. ) | |

**ASSENTED TO SECOND MOTION TO EXTEND TIME TO FILE
OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
AND CERTIFICATE UNDER L.R. 7.1**

     Now comes the Plaintiff, Dianne Dulong, and moves this Court to extend the time for the Plaintiff to file her Opposition to the Defendants' Motion for Summary Judgment up to and including September 28, 2007. As grounds therefore, the plaintiff states as follows:

     1.     The Plaintiff requested clarification from the Court concerning its ruling on June 4, 2007, granting the Plaintiff's Assented to Motion to Extension of Time to Complete Discovery. Said Motion filed by the Plaintiff on June 1, 2007, included taking the Deposition of James H. Chapman, Jr. and obtaining the personnel records of Joseph Ferreira.

     2.     The Deposition of James H. Chapman, Jr., was completed on August 6, 2007, and the parties are still waiting for the transcript of said deposition.

     3.     Plaintiff's Counsel and Co-Counsel need additional time in order to meet and to continue drafting their opposition to said Motion for Summary Judgment and have

1

not been able to do so as a result of August vacation schedules of office staff and Attorney Armstrong. Attorney Gallitano was representing a client in a criminal proceeding involving four separate jurisdictions, which took most of the week of August 20, 2007. Further, additional filings in MCAD cases requiring responses have been received resulting in further time constraints on Attorney Gallitano's schedule.

     4.    Neither the parties nor the Court will suffer any prejudice by this brief extension of time for the Plaintiff to file his opposition. The trial in this matter is scheduled for November 12, 2007.

     5.    On August 27, 2007, Attorney Joseph Gallitano telephoned counsel for the Defendants, Attorney Raymond Farquhar, requesting his assent to this Motion. Attorney Farquhar has assented to this Motion.

For the foregoing reasons the Plaintiff respectfully requests that the Court allow this Motion to enlarge the time to respond to the Defendants' Motion for Summary Judgment up to and including September 29, 2007.

                                  Respectfully submitted,

                                  Dianne M. DuLong, Plaintiff,
                                  by his attorneys,

                                  */s/ Joseph R. Gallitano*
                                  Joseph R. Gallitano, Esq.
                                  BBO # 183700
                                  34 Main Street Ext., Suite 202
                                  Plymouth MA  02360
                                  (508) 746-1500

                                  */s/ Richard D. Armstrong*
                                  Richard D. Armstrong, Jr., PC
                                  BBO # 021580
                                  1400 Hancock Street, 3rd Fl.
                                  Quincy, MA  02169
                                  (617) 471-4400

Assented to:

John E. Potter, Postmaster General,
By their attorney

/s/ Raymond Farquhar
Raymond Rarquhar
Assistant U.S. Attorney
John Joseph Moakley Federal Cthse.
One Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3626

Dated:  August 27, 2007

## **CERTIFICATION UNDER L. R. 7.1**

      I, Joseph R. Gallitano, Attorney for the Plaintiff, do hereby state that I spoke with Assistant U.S. Attorney, Raymond Farquhar and he has assented to this Motion for Extension of Time.

                                                          /s/ Joseph R. Gallitano
                                                          Joseph R. Gallitano, Esq.