UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
_____
DIANNE DULONG                           )
             Plaintiff,                 )
                                        )
vs.                                     )  C.A. No. C.A. No. 1:04-cv-12552- NG
                                        )
JOHN E. POTTER, POSTMASTER GENERAL      )
             Defendant.                 )
_____
```

**ASSENTED TO THIRD MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND REQUEST TO RESCHEDULE TRIAL DATE AND CERTIFICATE UNDER L.R. 7.1**

Now comes the Plaintiff, Dianne Dulong, and moves this Court to extend the time for the Plaintiff to file her Opposition to the Defendants' Motion for Summary Judgment up to and including October 15, 2007.  As grounds therefore, the plaintiff states as follows:

1.   The Plaintiff requested clarification from the Court concerning its ruling on June 4, 2007, granting the Plaintiff's Assented to Motion to Extension of Time to Complete Discovery.  Said Motion filed by the Plaintiff on June 1, 2007, included taking the Deposition of James H. Chapman, Jr. and obtaining the personnel records of Joseph Ferreira.  To date the Court has not clarified its position concerning obtaining the personnel records o Joseph Ferreira.

2.   Plaintiff's Counsel and Co-Counsel need additional time in order to meet and to continue drafting their opposition to said Motion for Summary Judgment and have not been able to do so as a result of co-counsel vacation schedule.  Further, additional

1

filings in MCAD cases requiring responses have been received resulting in further time constraints on Attorney Gallitano's schedule, as well as criminal hearings and civil depositions and pre-trial conferences.

     3.     In addition, since the trial in this matter is scheduled for November 12, 2007, the Plaintiff with the assent of the Defendant request the trial be rescheduled until January 28, 2008, to allow the Court to hear and rule on the Defendants' Motion for Summary Judgment and Plaintiff's Opposition.

     4.     Defendants' Attorney, Rayford Farquhar is unavailable the first two weeks of January and Plaintiff's Counsel, Attorney Joseph Gallitano, has a trial scheduled in Norfolk Superior Court, <u>The Cadle Company v. Gerard F. Adomunes, Robert W. Adomunes and Michael W. DiGravio</u>, C.A. No. 2005-01884D, schedule to begin on January 22, 2008, and is expected to last three to four days.

     5.     On September 26, 2007, Attorney Joseph Gallitano telephoned counsel for the Defendants, Attorney Rayford Farquhar, requesting his assent to this Motion. Attorney Farquhar has assented to this Motion.

For the foregoing reasons the Plaintiff respectfully requests that the Court allow this Motion to enlarge the time to respond to the Defendants' Motion for Summary Judgment up to and including October 15, 2007 and that the trial be rescheduled until January 28, 2008.

        Respectfully submitted,

        Dianne M. DuLong, Plaintiff,
        by his attorneys,

        */s/ Joseph R. Gallitano*
        Joseph R. Gallitano, Esq.
        BBO # 183700
        34 Main Street Ext., Suite 202
        Plymouth MA  02360
        (508) 746-1500

        */s/ Richard D. Armstrong*
        Richard D. Armstrong, Jr., PC
        BBO # 021580
        1400 Hancock Street, 3rd Fl.
        Quincy, MA  02169
        (617) 471-4400

Assented to:

John E. Potter, Postmaster General,
By their attorney

*/s/ Rayford Farquhar*
Rayford Farquhar
Assistant U.S. Attorney
John Joseph Moakley Federal Cthse.
One Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3626

Dated:  September 26, 2007

## CERTIFICATION UNDER L. R. 7.1

I, Joseph R. Gallitano, Attorney for the Plaintiff, do hereby state that I spoke with Assistant U.S. Attorney, Raymond Farquhar and he has assented to this Motion for Extension of Time and Request to Reschedule Trial Date.

        /s/ Joseph R. Gallitano
        Joseph R. Gallitano, Esq.

3