UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNE DULONG )<br>　　　　Plaintiff, )<br> )<br>vs. )<br> )<br>JOHN E. POTTER, POSTMASTER GENERAL )<br>　　　　Defendant. ) | C.A. No. C.A. No. 1:04-cv-12552- NG |

### ASSENTED TO SECOND MOTION TO REQUEST THE COURT TO RESCHEDULE THE TRIAL DATE AND CERTIFICATE UNDER L.R. 7.1

Now comes the Plaintiff, Dianne Dulong, and moves this Court to reconsider its electronic ORDER entered on October 3, 2007, in regards to continuing the trial to January 28, 2008. As grounds therefore, the plaintiff states as follows:

1. The Court has graciously reset the pre-trial date from November 1, 2007 to December 6, 2007, and the trial from November 12, 2007 to December 10, 2007.

2. However, the Plaintiff neglected to state in her original request to reschedule the Trial that Plaintiff's counsel has a previously scheduled trial to begin on December 3, 2007, in the Federal Court, in the case of Thomas M. Kelley v. Town of Plymouth, et al, C.A. No. 05-10596-NMG. Plaintiff's counsel expects this trial to last approximately 14 days.

3. Defendants' Attorney, Rayford Farquhar is unavailable the first two weeks of January and Plaintiff's Counsel, Attorney Joseph Gallitano, has a trial scheduled in Norfolk Superior Court, The Cadle Company v. Gerard F. Adomunes, Robert W. Adomunes and Michael W. DiGravio, C.A. No. 2005-01884D, schedule to begin on January 22, 2008, and is expected to last three to four days.

1

    4.    On October 10, 2007, Attorney Joseph Gallitano telephoned counsel for the Defendants, Attorney Rayford Farquhar, requesting his assent to this Motion. Attorney Farquhar has assented to this Motion.

For the foregoing reasons the Plaintiff respectfully requests that the Court reconsider its ORDER dated October 3, 2007, and that the trial be rescheduled until January 28, 2008 or later if necessary to accommodate the Court's schedule.

        Respectfully submitted,

        Dianne M. DuLong, Plaintiff,
        by his attorneys,

        */s/ Joseph R. Gallitano*
        Joseph R. Gallitano, Esq.
        BBO # 183700
        34 Main Street Ext., Suite 202
        Plymouth MA  02360
        (508) 746-1500

        */s/ Richard D. Armstrong*
        Richard D. Armstrong, Jr., PC
        BBO # 021580
        1400 Hancock Street, 3rd Fl.
        Quincy, MA  02169
        (617) 471-4400

Assented to:

John E. Potter, Postmaster General,
By their attorney

*/s/ Rayford Farquhar*
Rayford Farquhar
Assistant U.S. Attorney
John Joseph Moakley Federal Cthse.
One Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3284

Dated:  October 11, 2007

2

**CERTIFICATION UNDER L. R. 7.1**

I, Joseph R. Gallitano, Attorney for the Plaintiff, do hereby state that I spoke with Assistant U.S. Attorney, Rayford Farquhar and he has assented to this Second Motion to Request the Court to Reschedule the Trial Date.

/s/ Joseph R. Gallitano
Joseph R. Gallitano, Esq.