# ATTORNEY JOSEPH R. GALLITANO
## & ASSOCIATES

34 MAIN STREET EXT., SUITE 202, PLYMOUTH, MASSACHUSETTS 02360
(508) 746-1500    FAX (508) 747-1150

November 9, 2007

**VIA ELECTRONIC FILING AND**
**REGULAR MAIL**
United States District Court
Attn: Maryellen Molloy, Deputy Clerk
John Joseph Moakley
U. S. Courthouse
1 Courthouse Way
Boston, MA  02210

Re:     Dianne DuLong vs. John E. Potter, Postmaster General
        C.A. No. 1:04-cv-12552, Judge Nancy Gertner

Dear Ms. Molloy:

On October 11, 2007, the Plaintiff filed an Assented to Second Motion to Request the Court to Reschedule the Trial Date of the above-captioned matter currently schedule for December 10, 2007.

This letter serves as a request that an Order be issued on said Assented to Second Motion at the Court's earliest convenience.  In addition, the parties are waiting for a hearing to be scheduled on the Defendants' Motion for Summary Judgment and Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

Thank you for your attention to this matter.

Very truly yours,

Joseph R. Gallitano

JRG/pjm

cc:     Rayford Farquhar, Assistant U.S. Attorney
        Richard Armstrong, Esq.
        Dianne DuLong