# ATTORNEY JOSEPH R. GALLITANO
## & ASSOCIATES

34 MAIN STREET EXT., SUITE 202, PLYMOUTH, MASSACHUSETTS 02360
(508) 746-1500    FAX (508) 747-1150

November 14, 2007

**Electronically Filed**
United States District Court
Judge Nancy Gertner
John Joseph Moakley U. S. Courthouse
1 Courthouse Way
Boston, MA  02210

    Re:    <u>Dianne DuLong vs. John E. Potter, Postmaster General</u>
            C.A. No. 1:04-cv-12552, Judge Nancy Gertner

Dear Judge Gertner:

Your response to my inquiry regarding the scheduling of the above-entitled matter is most appreciated.  I would like to note that at the time we originally requested a continuance of the trial, a decision had not been made to continue the matter before Judge Gorton at that time.  In addition, we still have not received any official notification from Judge Gorton that the case in fact has been continued.  In view of your response, I expect we will be hearing from Judge Gorton shortly regarding the scheduling of the matter presently before him, which is being postponed to the spring.

Therefore the Plaintiff will be prepared to go forward with trial as scheduled.  Your consideration in this matter is most appreciated.

Very truly yours,

Joseph R. Gallitano
JRG/pjm
cc:    Rayford A. Farquhar, Esq.
       Richard D. Armstrong, Jr., Esq.
       Dianne DuLong