UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANNE DULONG )<br>            Plaintiff,    )<br>                              )<br>vs.                            )  C.A. No. 1:04-cv-12552-NG<br>                              )<br>JOHN E. POTTER, POSTMASTER GENERAL,  )<br>                              )<br>            Defendant.    ) | |

### SECOND MOTION TO COMPEL THE DEFENDANT TO PRODUCE THE COMPLETE FEDERAL PERSONNEL FILE OF JOSEPH FERREIRA

The Plaintiff, Dianne DuLong, previously moved this Honorable Court to compel the Defendant to produce the Federal Personnel Record of the Defendant Joseph Ferreira. On October 19, 2007, the Court entered an order granting the Plaintiff's Motion to obtain the personnel records of Joseph Ferreira.

On November 7, 2007, the Defendants, through their counsel, Rayford A. Farquhar, forwarded to Plaintiff's counsel the Personnel Record of Joseph Ferreira. However, said record is incomplete in that it does not contain, administrative actions taken against Mr. Ferreira, including, disciplinary records, incident reports, intervention reports, grievances filed against him, EEO Complaints filed against him or any other complaints filed against him, including administrative actions taken against him from 1993 to date.

Wherefore, the Plaintiff requests that this Honorable Court order the Defendants to produce the complete Personnel Record of Joseph Ferreira, which includes the aforementioned documents.

1

Plaintiff's counsel has conferred with Defendants' counsel, Rayford A. Farquhar, who will not release the additional Federal Personnel Record of Joseph Ferreira without order of the Court.

WHEREFORE, the Plaintiff requests that this Honorable Court enter an Order compelling the Defendant to turn over the complete Federal Personnel Record of Joseph Ferreira, which includes the aforementioned documents to the Plaintiff.

        Respectfully submitted,

        Dianne M. DuLong, Plaintiff,
        by his attorneys,

        */s/ Joseph R. Gallitano*
        Joseph R. Gallitano, Esq.
        BBO # 183700
        34 Main Street Ext., Suite 202
        Plymouth MA  02360
        (508) 746-1500

        */s/ Richard D. Armstrong*
        Richard D. Armstrong, Jr., PC
        BBO # 021580
        1400 Hancock Street, 3rd Fl.
        Quincy, MA  02169
        (617) 471-4400

Dated:  December 6, 2007