UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DIANNE DULONG, | ) | |
|  | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 04-12552-NG |
|  | ) | |
| JOHN E. POTTER, et al., | ) | |
|  | ) | |
| Defendants. | ) | |

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE GERTNER

[  ]  The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]  On    December 7, 2007   , I held the following ADR proceeding:

       _____  SCREENING CONFERENCE      _____  EARLY NEUTRAL EVALUATION

       ___X___  MEDIATION      _____  SUMMARY BENCH/JURY TRIAL

       _____  MINI-TRIAL      _____  SETTLEMENT CONFERENCE

All parties were represented by counsel, and were present in person or by authorized corporate officer.

The case was:

[ X ]  Settled. Your clerk should enter a 60-day order of dismissal.

[  ]  There was progress. A further conference has been scheduled for _____, unless the case is reported settled prior to that date.

[  ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[  ]  Suggested strategy to facilitate settlement:

 

                                                  / s / Judith Gail Dein
                                          Judith Gail Dein, U.S. Magistrate Judge
DATED:  December 7, 2007                ADR Provider